```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
                                            :
IN RE 650 FIFTH AVENUE AND                  :
RELATED PROPERTIES                          :
                                            :
                                            :
                                            :
                                            :
------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

In light of the discussion at the September 4, 2013, final pretrial conference in this matter and the Court's oral ruling granting defendant-claimant Alavi Foundation's motion in limine to exclude evidence of the fact of the FBI's December 2008 search of its offices, the Court wishes to inquire as to whether the parties would stipulate to the authenticity of the Alavi documents that were seized by the FBI and subsequently reproduced by Alavi in the form of a statement that "if called to testify, a custodian of records would indicate ____". No later than Monday, September 9, 2013, the parties shall confer and submit a joint letter indicating whether they have entered into such a stipulation.

SO ORDERED.

Dated:   New York, New York
         September 4, 2013

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge