USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE 650 FIFTH AVENUE AND      :
RELATED PROPERTIES              :
:
:
:
------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

For the reasons stated on the record at the September 11, 2013, telephonic conference, in the above-captioned matter:

(1) The Motion for Partial Summary Judgment filed by 650 Fifth Avenue Company and Alavi Foundation on claims brought by the Government against the claimants' properties (ECF No. 677) is DENIED.

(2) The Motion for Partial Summary Judgment filed by 650 Fifth Avenue Company and Alavi Foundation on all claims brought by the private plaintiffs and judgment creditor claimants against the defendants (ECF No. 682) is DENIED.

(3) With respect to the Motion for Summary Judgment filed by the United States of America (ECF No. 681): (1) The seven properties held in the name of Alavi only are severed from the forfeiture action; (2) any innocent owner defenses with respect to the private plaintiffs/judgment creditors are also severed; (3) the remainder of the Government's motion is GRANTED. A written opinion shall follow.

This Order is not a final judgment for purpose of any appeal(s). Appropriate procedural steps shall be taken up after the Court releases a written opinion setting forth its rationale.

(4) The parties shall appear for a telephonic conference at 10:00 a.m. on Thursday, September 12, 2013. All parties shall call Chambers (212-805-0139) from a single line at the time of the call. In addition, prior to the call, the party organizing the call is directed to file a letter on ECF containing the dial-in information.

The Clerk of Court is directed to close the motions at ECF Nos. 677, 681 and 682.

SO ORDERED.

Dated:   New York, New York
         September 12, 2013

_____
KATHERINE B. FORREST
United States District Judge