```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 7 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
IN RE 650 FIFTH AVENUE AND                                  :
RELATED PROPERTIES                                          :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Court has received Assa's response to the various parties' applications for fees and expenses as part of the Rule 37 sanction awards.

Any party wishing to provide additional detail on what is referred to as block billing should do so not later than Friday, October 11, 2013. The Court does not require additional briefing on the hourly rates or on either the "McReynolds" or the videographer issue.

SO ORDERED.

Dated:   New York, New York
         September 26, 2013

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge