# THE DUPONT LAW FIRM, LLP
## ATTORNEYS AND COUNSELLORS AT LAW



BARBARA J. DUPONT
RALPH P. DUPONT

October 21, 2013

October 7, 2013

**By E-Mail**
**(ForrestNYSDChambers@nysd.uscourts.gov)**
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 2 2013
```

Re: *In re 650 Fifth Avenue and Related Properties*, 08 Civ. 10934 (KBF);
*Hegna v. Islamic Republic of Iran*, et al 11 Civ. 03761(KBF) (formerly
18 MS 0302 (Judgment No. 02-2472(RJH) (Mar. 27, 2009))

Dear Judge Forrest

We write as counsel for the Hegnas in the above-captioned actions to request until the close of business tomorrow to respond to Alavi Foundation's and 650 Fifth Avenue Company's letter request of Friday, October 18 (ECF No. 988) seeking Rule 54(b) certification.

We have the honor to remain,

The Dupont Law Firm, LLP

Ralph P. Dupont, Esq.

cc: counsel of record by e-mail

Ordered
Application granted.

10/22/13

K. B. Forrest
USDJ