

**Manesh & Mizrahi**
A Professional Law Corporation

2049 Century Park East, Suite 2680
Los Angeles, California 90067
Phone: 310-843-9494
Fax: 310-843-9777

___

August 18, 2014

**_FILED ELECTRONICALLY_**

The Honorable Katherine B. Forrest
The U.S. District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/19/2014__
```

    RE:    **In re: 650 Fifth Avenue and Related Properties**
             **Case No. 1:08-cv-10934 (KBF) and All Member and Related Cases**

Dear Judge Forrest:

We write as counsel to the Bayani Judgment Creditors/Claimants, et. al in the above referenced matter to respectfully request correction of the manner in which the Bayani names currently and erroneously appear on the docket, as well as legal change of name of counsel's firm.

The Bayani et. al names should be corrected to appear as follows:

**Claimant**

**Fatemeh Bayani**        represented by        **Zohreh Mizrahi**
*in her Individual Capacity*                                Manesh & Mizrahi APLC
                                                                             2049 Century Park East
                                                                             Suite 2680
                                                                             Los Angeles, CA 90067
                                                                             (310) 843-9494
                                                                             Fax: (310) 843-9777
                                                                             Email: zohrehmizrahi@aol.com
                                                                             Email: mikemanesh@aol.com
                                                                             *PRO HAC VICE*
                                                                             *ATTORNEY TO BE NOTICED*

Page | 1

### Claimant

**Fatemeh Bayani**  represented by  **Zohreh Mizrahi**
*in her capacity as*     Manesh & Mizrahi APLC
*representative of the Estate*     (See above for address)
*of Siavash Bayani*     *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

### Claimant

**Banafsheh Bayani**  represented by  **Zohreh Mizrahi**
*in her Individual Capacity*     Manesh & Mizrahi APLC
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

### Claimant

**Babak Bayani**  represented by  **Zohreh Mizrahi**
*in his Individual Capacity*     Manesh & Mizrahi APLC
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

Respectfully Submitted,

By:  /s/ Zohreh Mizrahi
**Zohreh Mizrahi**
Manesh & Mizrahi APLC
2049 Century Park East
Suite 2680
Los Angeles, CA 90067
(310) 843-9494
Fax: (310) 843-9777
Email: zohrehmizrahi@aol.com
Email: mikemanesh@aol.com

cc: All counsel of record (by CM/ECF)

ORDERED:
Request granted.

*[signature]*

KATHERINE B. FORREST
United States District Judge
08/19/2014

Page | 2